# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-4072

_____

Oscar D. Heffner,                                   *
                                                    *
          Appellant,                                *
                                                    *
     v.                                             *   Appeal from the United States
                                                    *   District Court for the
City of St. Louis; St. Louis City                   *   Eastern District of Missouri.
Department of Public Safety, Division               *        [UNPUBLISHED]
of the Building Inspection, City of St.             *
Louis, MO; Newton McCoy, Judge;                     *
St. Louis City Assessor's Office,                   *
                                                    *
          Appellees.                                *

_____

Submitted:  May 7, 2003

Filed:  May 14, 2003

_____

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

     Oscar D. Heffner appeals from the district court's[1] dismissal of his civil complaint.  Having carefully reviewed the record de novo and having considered the

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

parties' briefs, we conclude that the district court properly dismissed Heffner's complaint and that an extended opinion is not warranted in this case.

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.